UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

YASHUA PLAIR,

                        Plaintiff,

              -against-

CITY OF NEW YORK; Commissioner DORA B. SCHRIRO; Chief of Department LARRY W. DAVIS, SR.; Deputy Commissioner FLORENCE FINKLE; Supervising Warden of Division II ARTHUR OLIVARI; Warden EMMANUEL BAILEY; Officer PEREZ; JOHN DOES # 1-20,

                     Defendants.
------------------------------------------------------------------ X

**DECLARATION OF GABRIEL P. HARVIS**

10 CV 8177 (RWS) (HBP)

      **GABRIEL P. HARVIS**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      I am an attorney in the office of Harvis & Saleem LLP, attorneys for Plaintiff Yashua Plair. As such, I am familiar with the facts stated below. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint.

1. Annexed as "Exhibit 1" is a copy of an article entitled "Rikers Fight Club: The Knockout Punch," published in The Village Voice on or about April 15, 2009 (obtained from http://www.villagevoice.com/content/printVersion/1056482/).

2. Annexed as "Exhibit 2" is a copy of an article entitled "6-Year Sentence for Guard in Rikers Island Beatings," published in The New York Times

on or about August 7, 2010 (obtained from http://www.nytimes.com/2010/08/07/nyregion/07guard.html?pagewanted=print).

3. Annexed as "Exhibit 3" is a copy of an article entitled "Teen Murder at Rikers Jail," published in The Village Voice on or about November 19, 2008 (obtained from http://www.villagevoice.com/content/printVersion/745359/).

4. Annexed as "Exhibit 4" is a copy of an article entitled "Lawsuits Suggest Pattern of Rikers Guards Looking Other Way," published in The New York Times on or about February 4, 2009 (obtained from http://www.nytimes.com/2009/02/04/nyregion/04rikers.html?pagewanted=print).

Dated: New York, New York
January 12, 2011

        HARVIS & SALEEM LLP
        *Attorneys for Plaintiff Yashua Plair*
        305 Broadway, 14th Floor
        New York, New York 10007
        (212) 323-6880

        By: _____
            Gabriel P. Harvis