```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------X

YASHUA PLAIR,

                Plaintiff,

  - against -

CITY OF NEW YORK ET AL.,

                Defendants.

------------------------------------------X

10 Civ. 8177 (RWS)

O R D E R

**Sweet, D.J.**

      Plaintiff's letter, dated February 8, 2011, will be treated as a motion to amend and will be heard on submission, without oral argument, on Wednesday, March 9, 2011.

      It is so ordered.

**New York, NY**
**February 25, 2011**

                                        ROBERT W. SWEET
                                           U.S.D.J.